IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | |
| vs. ) | 1:19-CV-00198-SPB |
| ) | |
| KENNY ROSS AUTOMOTIVE ) | |
| GROUP a/k/a PRIME ) | |
| AUTOMOTIVE GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE OF INTENTION TO FILE**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Anthony Hammond Murphy and Defendant Kenny Ross Automotive Group, a/k/a Prime Automotive Group, Inc., by and through their respective undersigned counsel, hereby provide notice that, on the basis of communications between the parties, Plaintiff intends to file a voluntary dismissal of this action, with prejudice, on or before December 31, 2019 obviating the need for any further action on the pleadings or the calendaring of an Initial Scheduling Conference pursuant to LCvR 16.1.

Respectfully submitted,

**LAWRENCE H. FISHER, ESQ.**

/s/ Lawrence H. Fisher                    .
Lawrence H. Fisher
Lawfirst@lawrencefisher.com
One Oxford Centre
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
Tel:  (412) 577-4040


Dated: December 4, 2019