IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>                        Plaintiff,<br><br>                 vs.<br><br>KENNY ROSS AUTOMOTIVE GROUP a/k/a PRIME AUTOMOTIVE GROUP, INC.,<br><br>                      Defendant. | Case No.: 1:19-cv-00198 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

      Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: December 28, 2019

  **LAW|FIRST**
 /s/Lawrence H. Fisher
 Lawrence H. Fisher
 One Oxford Centre
 301 Grant St., Suite 4300
 Pittsburgh, Pennsylvania 15219
 Tel: (724) 986-9785
 lawfirst@comcast.net

*Attorney for Plaintiff Anthony Hammond Murphy*