IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>Plaintiff,<br><br>vs.<br><br>KENNY ROSS AUTOMOTIVE GROUP a/k/a PRIME AUTOMOTIVE GROUP, INC.,<br><br>Defendant. | Case No.: 1:19-cv-00198 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: December 28, 2019

**LAW|FIRST**
/s/Lawrence H. Fisher
Lawrence H. Fisher
One Oxford Centre
301 Grant St., Suite 4300
Pittsburgh, Pennsylvania 15219
Tel: (724) 986-9785
lawfirst@comcast.net

*Attorney for Plaintiff Anthony Hammond Murphy*

It is so ordered. The Clerk of Court shall mark this case closed.

*Susan Paradise Baxter*
United States District Judge